IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONALD A. NEWELL, JR.,

    Plaintiff,

v.

MICHAEL MEISNER,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 18-cv-852-bbc

This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 11/9/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |